## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **J&J SPORTS** | § | |
| **PRODUCTIONS, INC.** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil Action No. 1:11cv477-HSO-JMR** |
| | § | |
| **SCOTT DANIEL PETERSON,** | § | |
| **d/b/a S&B SPORTS BAR,** *et al.* | § | **DEFENDANTS** |

## DEFAULT JUDGMENT

This action came on for trial before the Court on Plaintiff J&J Sports Production, Inc.'s [11] Motion for Default Judgment as to Defendants Scott Daniel Peterson d/b/a S&B Sports Bar and S&B Sports Bar, filed on February 14, 2012.  In its Order [14], entered this date, the Court determined that Plaintiff is entitled to a default judgment as to Defendants Scott Daniel Peterson d/b/a S&B Sports Bar and S&B Sports Bar, and to recover statutory damages of $20,000.00, reasonable attorneys' fees of $2,576.00, and costs of $1,062.87, for a total Judgment of $23,638.87, from those Defendants.  The Court will also award Plaintiff post-judgment interest on the entire Judgment from the date of entry of Default Judgment until paid, at the statutory rate as prescribed by 28 U.S.C. §1961.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff J&J Sports Production, Inc., shall recover from Defendants Scott Daniel Peterson d/b/a S&B Sports Bar and S&B Sports Bar $23,638.87 in damages.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Plaintiff J&J Sports Production, Inc., shall recover from Defendants Scott Daniel Peterson d/b/a S&B

Sports Bar and S&B Sports Bar, post-judgment interest on the entire Judgment

from the date of entry of Default Judgment until paid, at the statutory rate as

prescribed by 28 U.S.C. §1961.

**SO ORDERED AND ADJUDGED**, this the 27th day of February, 2012.

_s/ Halil Suleyman Ozerden_

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE